**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHASE HOME FINANCE LLC, S/B/M/T CHASE MANHATTAN MORTGAGE CORPORATION, | : | No. 77 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LUNDES GARRETT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.